Youssef H. Hammoud (SBN:321934)
**HAMMOUD LAW, P.C.**
3744 E. Chapman Ave., #F12269
Orange, CA 92859
T: (949) 301-9692
F: (949) 301-9693
E: yh@lawhammoud.com

Attorney for Plaintiff,
*Lynn Hobbs and Eddie Hobbs*

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN HOBBS and EDDIE HOBBS,<br><br>    Plaintiff,<br><br>v.<br><br>PROGRESSIVE MANAGEMENT SYSTEMS; LOMA LINDA UNIVERSITY HEALTH; LABORATORY CORPORATION OF AMERICA HOLDINGS; and PROVIDENCE HEALTH;<br><br>    Defendants. | Case No.: 5:23-cv-00776- JGB(KKx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT PROVIDENCE HEALTH** |

Upon review of the Parties' Stipulation of Dismissal with Prejudice of Defendant Providence Health ("Defendant"), and good cause appearing

**IT IS ORDERED** that the Stipulation is **GRANTED.**

The above-entitled matter is hereby dismissed with prejudice against Defendant Providence Health.

**IT IS ORDERED.**

Dated: October 27, 2023

Honorable Jesus G. Bernal
United States District Judge